# EXHIBIT B

# US6741979B1 - Claim 18 as applied to WebSphere Commerce V7.0

| Claim 18 | WebSphere Commerce V7.0 |
|---|---|
| **A system for flexible indexing of document content comprising:**<br>a computer system having a storage means for facilitating the retention and recall of a collection of documents to be indexed;<br>an indexing module for developing character-by-character index of words;<br>a plurality of records providing character-by-character addressing for said indexing module;<br>a plurality of streams for recording locations where each indexed word occurs in said collection of documents;<br>wherein said plurality of records further comprises:<br>a first record providing an entry point into said index, said first record comprising a plurality of entries, each one of said entries being uniquely associated with a character out of a character set, each one of said collection of documents is formed by characters drawn from said character set;<br>a plurality of additional primary and secondary records, each one of said additional records provides a character-by-character pathway for locating an occurrence of a stem word in said collection of documents. | **WebSphere Commerce search runs as a search server for your starter store that helps deliver targeted search results, while enabling customers to find products more effectively. It provides advanced administration features, such as dynamic clustering, database integration, rich document handling, distributed search, and index replication.**<br><br>Source: http://www.redbooks.ibm.com/redbooks/pdfs/sg247950.pdf<br><br>**WebSphere Commerce search is based around the search index, where an index is represented by a large flat table that contains searchable fields that are optimized for search performance. The search index must be built before it can be used for any searches. The search index is built with one or more Documents, with Documents containing fields. A field consists of a name, its content, and metadata that tells WebSphere Commerce search how to handle the content.** Typically, fields can contain boolean values, numbers, or strings. A field is flexible, so you can define your own type. Fields contain two important attributes: indexed and stored. If a field is indexed, it is searchable, sortable, and facetable. **If an index is stored, its value is retrievable during a search.**<br><br>Source:<br>https://www.ibm.com/support/knowledgecenter/en/SSZLC2_7.0.0/com.ibm.commerce.developer.doc/concepts/csdsearch.htm<br><br>**Analyst comment-** IBM WebSphere commerce is a search server which can be used for a starter store to efficiently deliver targeted results. WebSphere commerce is based on an indexing process and uses multiple documents to create an index. |

# US6741979B1 - Claim 18 as applied to WebSphere Commerce V7.0

| Claim 18 | WebSphere Commerce V7.0 |
|---|---|
| **A system for flexible indexing of document content comprising:** <br><br> a computer system having a storage means for facilitating the retention and recall of a collection of documents to be indexed; <br><br> an indexing module for developing character-by-character index of words; <br><br> a plurality of records providing character-by-character addressing for said indexing module; <br><br> a plurality of streams for recording locations where each indexed word occurs in said collection of documents; <br><br> wherein said plurality of records further comprises: a first record providing an entry point into said index, said first record comprising a plurality of entries, each one of said entries being uniquely associated with a character out of a character set, each one of said collection of documents is formed by characters drawn from said character set; <br><br> a plurality of additional primary and secondary records, each one of said additional records provides a character-by-character pathway for locating an occurrence of a stem word in said collection of documents. | **IBM WebSphere Commerce provides a powerful customer interaction platform for cross-channel commerce. It can be used by companies of all sizes, from small businesses, to large enterprises, and for many different industries. It provides easy-to-use tools for business users to centrally manage a cross-channel strategy.** <br><br> **WebSphere Commerce is a single, unified platform that offers the ability to do business directly with consumers (B2C), directly with businesses (B2B), and indirectly through channel partners (indirect business models). WebSphere Commerce is a customizable, scalable, and high availability solution that is built to leverage open standards.** <br><br> Source: https://www.ibm.com/support/knowledgecenter/en/SSZLC2_7.0.0/com.ibm.commerce.developer.doc/concepts/csdsearch.htm**s** <br><br> **WebSphere Commerce Server and WebSphere Commerce search run on separate machines. Solr is deployed on its own WebSphere Application Server, in a separate profile, which provides greater flexibility and scalability** <br><br> Source: http://www.redbooks.ibm.com/redbooks/pdfs/sg247950.pdf <br><br> **Analyst comment-** IBM WebSphere Commerce can be used by companies of all the sizes. WebSphere is highly customizable and scalable illustrating that IBM WebSphere is flexible in nature. Also, WebSphere commerce search is based on index searching. The search index is built with the help of one or more documents. Indexing process involves adding documents and searching process involves retrieving those documents. |

# US6741979B1 - Claim 18 as applied to WebSphere Commerce V7.0

| Claim 18 | WebSphere Commerce V7.0 |
|---|---|
| A system for flexible indexing of document content comprising:<br><br>**a computer system having a storage means for facilitating the retention and recall of a collection of documents to be indexed;**<br><br>an indexing module for developing character-by-character index of words;<br><br>a plurality of records providing character-by-character addressing for said indexing module;<br><br>a plurality of streams for recording locations where each indexed word occurs in said collection of documents;<br><br>wherein said plurality of records further comprises: a first record providing an entry point into said index, said first record comprising a plurality of entries, each one of said entries being uniquely associated with a character out of a character set, each one of said collection of documents is formed by characters drawn from said character set;<br><br>a plurality of additional primary and secondary records, each one of said additional records provides a character-by-character pathway for locating an occurrence of a stem word in said collection of documents. | **WebSphere Commerce environment and search configuration Figure 6-1 on page 117 and Figure 6-2 on page 117 show a simplified view of the hardware and software products and components that are used in our search examples.**<br><br><br>*Figure 6-1 Hardware configuration with separate physical servers*<br><br>Source: http://www.redbooks.ibm.com/redbooks/pdfs/sg247950.pdf<br><br>**Analyst comment-** Evidence demonstrates hardware and software components used in WebSphere search, WebSphere search requires a computing device for its operation. Further, WebSphere provides a multichannel search procedure which can be used with a browser working on a computer or a mobile phone where documents can be stored and retrieved. |

# US6741979B1 - Claim 18 as applied to WebSphere Commerce V7.0

| Claim 18 | WebSphere Commerce V7.0 |
|---|---|

A system for flexible indexing of document content comprising:

**a computer system having a storage means for facilitating the retention and recall of a collection of documents to be indexed;**

an indexing module for developing character-by-character index of words;

a plurality of records providing character-by-character addressing for said indexing module;

a plurality of streams for recording locations where each indexed word occurs in said collection of documents;

wherein said plurality of records further comprises: a first record providing an entry point into said index, said first record comprising a plurality of entries, each one of said entries being uniquely associated with a character out of a character set, each one of said collection of documents is formed by characters drawn from said character set;

a plurality of additional primary and secondary records, each one of said additional records provides a character-by-character pathway for locating an occurrence of a stem word in said collection of documents.

---

**The following diagram illustrates an overview of WebSphere Commerce search as a multi-channel search and merchandising solution:**



Source:
https://www.ibm.com/support/knowledgecenter/en/SSZLC2_7.0/com.ibm.commerce.developer.doc/concepts/csdsearch.htm

**WebSphere Commerce search influences store search results by using search term associations and search-based merchandising rules.**

Source: http://www.redbooks.ibm.com/redbooks/pdfs/sg247950.pdf

# US6741979B1 - Claim 18 as applied to WebSphere Commerce V7.0

| Claim 18 | WebSphere Commerce V7.0 |
|---|---|
| A system for flexible indexing of document content comprising:<br><br>**a computer system having a storage means for facilitating the retention and recall of a collection of documents to be indexed;**<br><br>an indexing module for developing character-by-character index of words;<br><br>a plurality of records providing character-by-character addressing for said indexing module;<br><br>a plurality of streams for recording locations where each indexed word occurs in said collection of documents;<br><br>wherein said plurality of records further comprises:<br>a first record providing an entry point into said index, said first record comprising a plurality of entries, each one of said entries being uniquely associated with a character out of a character set, each one of said collection of documents is formed by characters drawn from said character set;<br><br>a plurality of additional primary and secondary records, each one of said additional records provides a character-by-character pathway for locating an occurrence of a stem word in said collection of documents. | **The search index is built with one or more Documents, with Documents containing fields.** A field consists of a name, its content, and metadata that tells WebSphere Commerce search how to handle the content. Typically, fields can contain boolean values, numbers, or strings. A field is flexible, so you can define your own type. **Fields contain two important attributes: indexed and stored. If a field is indexed, it is searchable, sortable, and facetable. If an index is stored, its value is retrievable during a search.**<br><br>Source:<br>https://www.ibm.com/support/knowledgecenter/en/SSZLC2_7.0.0/com.ibm.commerce.developer.doc/concepts/csdsearch.htm<br><br>**The indexing process involves adding Documents to an IndexWriter. The searching process involves retrieving Documents from an index using an IndexSearcher. Solr can index both structured and unstructured content.**<br><br>Source:<br>https://www.ibm.com/support/knowledgecenter/en/SSZLC2_7.0.0/com.ibm.commerce.developer.doc/concepts/csdsearchindex_top.htm<br><br>**Analyst comment-** Evidence further demonstrates that the WebSphere search index is built using multiple documents, which are indexed, and documents are retrieved from the index during the searching process. |

# US6741979B1 - Claim 18 as applied to WebSphere Commerce V7.0

| Claim 18 | WebSphere Commerce V7.0 |
|---|---|
| A system for flexible indexing of document content comprising:<br>a computer system having a storage means for facilitating the retention and recall of a collection of documents to be indexed;<br>**an indexing module for developing character-by-character index of words;**<br>a plurality of records providing character-by-character addressing for said indexing module;<br>a plurality of streams for recording locations where each indexed word occurs in said collection of documents;<br>wherein said plurality of records further comprises:<br>a first record providing an entry point into said index, said first record comprising a plurality of entries, each one of said entries being uniquely associated with a character out of a character set, each one of said collection of documents is formed by characters drawn from said character set;<br>a plurality of additional primary and secondary records, each one of said additional records provides a character-by-character pathway for locating an occurrence of a stem word in said collection of documents. | **The indexing process involves adding Documents to an IndexWriter. The searching process involves retrieving Documents from an index using an IndexSearcher.** **Solr can index both structured and unstructured content.** Structured content is well organized. For example, some of the product description's predefined fields are title, manufacture name, description, and color.<br><br>Unstructured content, in contrast, lacks structure and organization. For example, it can consist of PDF files or content from external sources (such as tweets) that do not follow any predefined patterns.<br><br>**Index terms**<br>**This index is a large flat table that contains data fields that are optimized for search performance. Search query strings are compared with entries in the index, and positive results are returned to the customer.**<br><br>Source:<br>https://www.ibm.com/support/knowledgecenter/en/SSZLC2_7.0.0/com.ibm.commerce.developer.doc/concepts/csd_guide_indexprocess.htm<br><br><br>**Analyst comment-** Evidence demonstrates Solr (indexing module) which is deployed on the WebSphere application server, and can index both structured and unstructured content. |

# US6741979B1 - Claim 18 as applied to WebSphere Commerce V7.0

| Claim 18 | WebSphere Commerce V7.0 |
|---|---|
| A system for flexible indexing of document content comprising:<br><br>a computer system having a storage means for facilitating the retention and recall of a collection of documents to be indexed;<br><br>**an indexing module for developing character-by-character index of words;**<br><br>a plurality of records providing character-by-character addressing for said indexing module;<br><br>a plurality of streams for recording locations where each indexed word occurs in said collection of documents;<br><br>wherein said plurality of records further comprises: a first record providing an entry point into said index, said first record comprising a plurality of entries, each of said entries being uniquely associated with a character out of a character set, each one of said collection of documents is formed by characters drawn from said character set;<br><br>a plurality of additional primary and secondary records, each one of said additional records provides a character-by-character pathway for locating an occurrence of a stem word in said collection of documents. | <br><br>Source: http://www.redbooks.ibm.com/redbooks/pdfs/sg247950.pdf<br><br>**Analyst comment-** Evidence further demonstrates that as a customer or user types the word 'coff' all the results including the word 'coff' are displayed to the user. Further, if a user enters a word character by character, all the results related to the character entered are displayed. |

# US6741979B1 - Claim 18 as applied to WebSphere Commerce V7.0

| Claim 18 | WebSphere Commerce V7.0 |
|---|---|
| A system for flexible indexing of document content comprising: a computer system having a storage means for facilitating the retention and recall of a collection of documents to be indexed; an indexing module for developing character-by-character index of words; **a plurality of records providing character-by-character addressing for said indexing module;** a plurality of streams for recording locations where each indexed word occurs in said collection of documents; wherein said plurality of records further comprises: a first record providing an entry point into said index, said first record comprising a plurality of entries, each one of said entries being uniquely associated with a character out of a character set, each one of said collection of documents is formed by characters drawn from said character set; a plurality of additional primary and secondary records, each one of said additional records provides a character-by-character pathway for locating an occurrence of a stem word in said collection of documents. | **The storefront provides shoppers with type-ahead functionality. Suggested keyword matches are automatically displayed and selectable underneath the search field when entering search terms in the store. For example, when the shopper starts typing so into the quick search text box, the system shows a list of suggested terms, as shown in Figure 8-6.**  Figure 8-6  Auto suggest results for "so" Source: http://www.redbooks.ibm.com/redbooks/pdfs/sg247950.pdf |

# US6741979B1 - Claim 18 as applied to WebSphere Commerce V7.0

| Claim 18 | WebSphere Commerce V7.0 |
| --- | --- |
| A system for flexible indexing of document content comprising:<br>a computer system having a storage means for facilitating the retention and recall of a collection of documents to be indexed;<br>an indexing module for developing character-by-character index of words;<br>**a plurality of records providing character-by-character addressing for said indexing module;**<br>a plurality of streams for recording locations where each indexed word occurs in said collection of documents;<br>wherein said plurality of records further comprises:<br>a first record providing an entry point into said index, said first record comprising a plurality of entries, each of said entries being uniquely associated with a character out of a character set, each one of said collection of documents is formed by characters drawn from said character set;<br>a plurality of additional primary and secondary records, each one of said additional records provides a character-by-character pathway for locating an occurrence of a stem word in said collection of documents. | <br>*Figure 8-8   Search results for sofa offers*<br><br>Evidence demonstrates results are displayed according to the each character entered<br><br>List of all the results/records obtained on performing a search<br><br>Source:<br>http://www.redbooks.ibm.com/redbooks/pdfs/sg247950.pdf<br><br>**For example, if shoppers search for This sofa offers, the system removes the stop word this and displays the results for the phrase sofa offers, as shown in Figure 8-8.** |

**Analyst comment-** Evidence demonstrates that with each new character entered into the search box, results pertaining to each of the entered characters are displayed. When a user searches for 'this sofa offers' the results relating to sofa offers are displayed.

16

# US6741979B1 - Claim 18 as applied to WebSphere Commerce V7.0

| Claim 18 | WebSphere Commerce V7.0 |
|---|---|
| A system for flexible indexing of document content comprising:<br>a computer system having a storage means for facilitating the retention and recall of a collection of documents to be indexed;<br>an indexing module for developing character-by-character index of words;<br>**a plurality of records providing character-by-character addressing for said indexing module;**<br>a plurality of streams for recording locations where each indexed word occurs in said collection of documents;<br>wherein said plurality of records further comprises:<br>a first record providing an entry point into said index, said first record comprising a plurality of entries, each one of said entries being uniquely associated with a character out of a character set, each one of said collection of documents is formed by characters drawn from said character set;<br>a plurality of additional primary and secondary records, each one of said additional records provides a character-by-character pathway for locating an occurrence of a stem word in said collection of documents. | <br>Source: http://www.redbooks.ibm.com/redbooks/pdfs/sg247950.pdf |

17

# US6741979B1 - Claim 18 as applied to WebSphere Commerce V7.0

| Claim 18 | WebSphere Commerce V7.0 |
|---|---|
| A system for flexible indexing of document content comprising:<br>a computer system having a storage means for facilitating the retention and recall of a collection of documents to be indexed;<br>an indexing module for developing character-by-character index of words;<br>**a plurality of records providing character-by-character addressing for said indexing module;**<br>a plurality of streams for recording locations where each indexed word occurs in said collection of documents;<br>wherein said plurality of records further comprises:<br>a first record providing an entry point into said index, said first record comprising a plurality of entries, each one of said entries being uniquely associated with a character out of a character set, each one of said collection of documents is formed by characters drawn from said character set;<br>a plurality of additional primary and secondary records, each one of said additional records provides a character-by-character pathway for locating an occurrence of a stem word in said collection of documents. |  |

Source:
http://www.redbooks.ibm.com/redbooks/pdfs/sg247950.pdf

**Analyst comment-** Evidence further illustrates that when a user enters 'coff' in the search box (stated as a record in the target claim) character by character, the results relating to the word 'coff' are displayed. On entering the complete word 'coffee', multiple results containing the word 'coffee' are displayed in the search results.

# US6741979B1 - Claim 18 as applied to WebSphere Commerce V7.0

| Claim 18 | WebSphere Commerce V7.0 |
|---|---|
| A system for flexible indexing of document content comprising: <br><br> a computer system having a storage means for facilitating the retention and recall of a collection of documents to be indexed; <br><br> an indexing module for developing character-by-character index of words; <br><br> a plurality of records providing character-by-character addressing for said indexing module; <br><br> **a plurality of streams for recording locations where each indexed word occurs in said collection of documents;** <br><br> wherein said plurality of records further comprises: a first record providing an entry point into said index, said first record comprising a plurality of entries, each one of said entries being uniquely associated with a character out of a character set, each one of said collection of documents is formed by characters drawn from said character set; <br><br> a plurality of additional primary and secondary records, each one of said additional records provides a character-by-character pathway for locating an occurrence of a stem word in said collection of documents. |  <br> Figure 3-41  Search results for table before implementing the search rule <br><br> Source: <br> http://www.redbooks.ibm.com/redbooks/pdfs/sg247950.pdf <br><br> **Analyst comment-** Evidence demonstrates that on searching word 'table', multiple results/streams appear. Further, it can be seen from the evidence that the search results obtained from searching 'table' contain all the results with the word 'table' present at different positions. |

# US6741979B1 - Claim 18 as applied to WebSphere Commerce V7.0

| Claim 18 | WebSphere Commerce V7.0 |
|---|---|
| A system for flexible indexing of document content comprising:<br><br>a computer system having a storage means for facilitating the retention and recall of a collection of documents to be indexed;<br><br>an indexing module for developing character-by-character index of words;<br><br>a plurality of records providing character-by-character addressing for said indexing module;<br><br>a plurality of streams for recording locations where each indexed word occurs in said collection of documents;<br><br>**wherein said plurality of records further comprises:**<br><br>**a first record providing an entry point into said index, said first record comprising a plurality of entries, each one of said entries being uniquely associated with a character out of a character set, each one of said collection of documents is formed by characters drawn from said character set;**<br><br>a plurality of additional primary and secondary records, each one of said additional records provides a character-by-character pathway for locating an occurrence of a stem word in said collection of documents. | <br><br>*Figure 3-41    Search results for table before implementing the search rule*<br><br>Source:<br>http://www.redbooks.ibm.com/redbooks/pdfs/sg247950.pdf |

**Analyst comment-** Evidence demonstrates multiple results with the searched keyword 'table'. All results with the word 'table' present at different locations are retrieved.

# US6741979B1 - Claim 18 as applied to WebSphere Commerce V7.0

| Claim 18 | WebSphere Commerce V7.0 |
|---|---|
| A system for flexible indexing of document content comprising:<br><br>a computer system having a storage means for facilitating the retention and recall of a collection of documents to be indexed;<br><br>an indexing module for developing character-by-character index of words;<br><br>a plurality of records providing character-by-character addressing for said indexing module;<br><br>a plurality of streams for recording locations where each indexed word occurs in said collection of documents;<br><br>**wherein said plurality of records further comprises:**<br><br>**a first record providing an entry point into said index, said first record comprising a plurality of entries, each one of said entries being uniquely associated with a character out of a character set, each one of said collection of documents is formed by characters drawn from said character set;**<br><br>a plurality of additional primary and secondary records, each one of said additional records provides a character-by-character pathway for locating an occurrence of a stem word in said collection of documents. | <br><br>Source: http://www.redbooks.ibm.com/redbooks/pdfs/sg247950.pdf<br><br>**Analyst comment-** Evidence demonstrates a first record or search window which provides an entry point into the index. On typing any character in the search window, all the results related to the character are displayed.  With each character entered into the search window, a new result is obtained. Multiple character entries can be made into the search window, according to which different results show up. |

21

# US6741979B1 - Claim 18 as applied to WebSphere Commerce V7.0

| Claim 18 | WebSphere Commerce V7.0 |
|---|---|
| A system for flexible indexing of document content comprising:<br><br>a computer system having a storage means for facilitating the retention and recall of a collection of documents to be indexed;<br><br>an indexing module for developing character-by-character index of words;<br><br>a plurality of records providing character-by-character addressing for said indexing module;<br><br>a plurality of streams for recording locations where each indexed word occurs in said collection of documents;<br><br>**wherein said plurality of records further comprises:**<br><br>**a first record providing an entry point into said index, said first record comprising a plurality of entries, each one of said entries being uniquely associated with a character out of a character set, each one of said collection of documents is formed by characters drawn from said character set;**<br><br>a plurality of additional primary and secondary records, each one of said additional records provides a character-by-character pathway for locating an occurrence of a stem word in said collection of documents. | **Search for table in the storefront. Breakfast table is the first search result, as shown in Figure 3-47**<br><br><br><br>Source:<br>http://www.redbooks.ibm.com/redbooks/pdfs/sg247950.pdf |

# US6741979B1 - Claim 18 as applied to WebSphere Commerce V7.0

| Claim 18 | WebSphere Commerce V7.0 |
|---|---|
| A system for flexible indexing of document content comprising:<br>a computer system having a storage means for facilitating the retention and recall of a collection of documents to be indexed;<br>an indexing module for developing character-by-character index of words;<br>a plurality of records providing character-by-character addressing for said indexing module;<br>a plurality of streams for recording locations where each indexed word occurs in said collection of documents;<br>**wherein said plurality of records further comprises:**<br>**a first record providing an entry point into said index, said first record comprising a plurality of entries, each one of said entries being uniquely associated with a character out of a character set, each one of said collection of documents is formed by characters drawn from said character set;**<br>a plurality of additional primary and secondary records, each one of said additional records provides a character-by-character pathway for locating an occurrence of a stem word in said collection of documents. | **Example**<br>**When viewing the relevancy scores of the following products in the Aurora starter store:**<br>**•Red Delicious Apples**<br>**•Crispin Apples**<br>**The following search results are displayed when you search for red apple in the storefront:**<br><br><br><br>Source:<br>https://www.ibm.com/support/knowledgecenter/en/SSZLC2_7.0.0/com.ibm.commerce.developer.doc/concepts/csdsearchrelevancyscores.htm |

23

# US6741979B1 - Claim 18 as applied to WebSphere Commerce V7.0

| Claim 18 | WebSphere Commerce V7.0 |
|---|---|
| A system for flexible indexing of document content comprising:<br>a computer system having a storage means for facilitating the retention and recall of a collection of documents to be indexed;<br>an indexing module for developing character-by-character index of words;<br>a plurality of records providing character-by-character addressing for said indexing module;<br>a plurality of streams for recording locations where each indexed word occurs in said collection of documents;<br>**wherein said plurality of records further comprises:**<br>**a first record providing an entry point into said index, said first record comprising a plurality of entries, each one of said entries being uniquely associated with a character out of a character set, each one of said collection of documents is formed by characters drawn from said character set;**<br>a plurality of additional primary and secondary records, each one of said additional records provides a character-by-character pathway for locating an occurrence of a stem word in said collection of documents. | WebSphere Commerce search uses HTTP requests to initiate indexing and searching. These requests are typically wrapped using the utilities that are provided with WebSphere Commerce search. During the indexing process, **WebSphere Commerce search takes input documents as XML and builds an index using the information, and uses each field in the input document to build a searchable column**. **After the index is built, it can be queried using search commands. These search queries are HTTP requests, where if a match is found, it returns XML data as the search results.**<br><br>Source: http://www.redbooks.ibm.com/redbooks/pdfs/sg247950.pdf<br><br><br>**Analyst comment-** Evidence further demonstrates that WebSphere uses documents to create indexes, and when a character is typed or searched, all the locations where a match corresponding to the query or search is found are returned as a search result. The result which are most relevant to the search made appear on the top of the result list and the rest are arranged according to their rankings. |

# US6741979B1 - Claim 18 as applied to WebSphere Commerce V7.0

| Claim 18 | WebSphere Commerce V7.0 |
|---|---|

A system for flexible indexing of document content comprising:

a computer system having a storage means for facilitating the retention and recall of a collection of documents to be indexed;

an indexing module for developing character-by-character index of words;

a plurality of records providing character-by-character addressing for said indexing module;

a plurality of streams for recording locations where each indexed word occurs in said collection of documents;

wherein said plurality of records further comprises:
a first record providing an entry point into said index, said first record comprising a plurality of entries, each one of said entries being uniquely associated with a character out of a character set, each one of said collection of documents is formed by characters drawn from said character set;

**a plurality of additional primary and secondary records, each one of said additional records provides a character-by-character pathway for locating an occurrence of a stem word in said collection of documents.**



Source:
http://www.redbooks.ibm.com/redbooks/pdfs/sg247950.pdf

**Analyst comment-** Evidence illustrates that when a user makes a query or search, the search box serves as the entry point into the index where all the documents are present. On entering a particular character, the results containing that character at different locations are displayed. With each new character entered a new result is displayed.

# US6741979B1 - Claim 18 as applied to WebSphere Commerce V7.0

| Claim 18 | WebSphere Commerce V7.0 |
|---|---|
| A system for flexible indexing of document content comprising:<br>a computer system having a storage means for facilitating the retention and recall of a collection of documents to be indexed;<br>an indexing module for developing character-by-character index of words;<br>a plurality of records providing character-by-character addressing for said indexing module;<br>a plurality of streams for recording locations where each indexed word occurs in said collection of documents;<br>wherein said plurality of records further comprises:<br>a first record providing an entry point into said index, said first record comprising a plurality of entries, each one of said entries being uniquely associated with a character out of a character set, each one of said collection of documents is formed by characters drawn from said character set;<br>**a plurality of additional primary and secondary records, each one of said additional records provides a character-by-character pathway for locating an occurrence of a stem word in said collection of documents.** | **Search for table in the storefront. Breakfast table is the first search result, as shown in Figure 3-47**<br><br>Source: http://www.redbooks.ibm.com/redbooks/pdfs/sg247950.pdf<br><br>**Example**<br>**When viewing the relevancy scores of the following products in the Aurora starter store:**<br>**•Red Delicious Apples**<br>**•Crispin Apples**<br>**The following search results are displayed when you search for red apple in the storefront:**<br><br>Source:<br>https://www.ibm.com/support/knowledgecenter/en/SSZLC2_7.0/com.ibm.commerce.developer.doc/concepts/csdsearchrelevancyscores.htm<br><br><br>**Analyst comment-** Further, evidence demonstrates that all results are arranged according to relevancy. The result which is most relevant (primary record) or highly matches with the entered query is placed at the top whereas the results which are less relevant to the submitted query are the secondary records and are placed lower in the results list. |

26

# US6741979B1 - Claim 18 as applied to WebSphere Commerce V7.0

| Claim 18 | WebSphere Commerce V7.0 |
|---|---|

A system for flexible indexing of document content comprising:
a computer system having a storage means for facilitating the retention and recall of a collection of documents to be indexed;
an indexing module for developing character-by-character index of words;
a plurality of records providing character-by-character addressing for said indexing module;
a plurality of streams for recording locations where each indexed word occurs in said collection of documents;
wherein said plurality of records further comprises:
a first record providing an entry point into said index, said first record comprising a plurality of entries, each one of said entries being uniquely associated with a character out of a character set, each one of said collection of documents is formed by characters drawn from said character set;
**a plurality of additional primary and secondary records, each one of said additional records provides a character-by-character pathway for locating an occurrence of a stem word in said collection of documents.**



Products (2)          Articles & Videos (

PRODUCTS: ( 1 - 2 of 2 )

Red Delicious Apples          Crispin Apples

**Where the search results are displayed in the order of their relevancy, with red delicious apples displayed first.**

**In store preview, the search results page displays the relevancy scores after you click Show Page Information, showing why the search results are ordered in this way to the shopper:**

Source:
https://www.ibm.com/support/knowledgecenter/en/SSZLC2_7.0.0/com.ibm.commerce.developer.doc/concepts/csdsearchrelevancyscores.htm

# US6741979B1 - Claim 18 as applied to WebSphere Commerce V7.0

| Claim 18 | WebSphere Commerce V7.0 |
|---|---|
| A system for flexible indexing of document content comprising: a computer system having a storage means for facilitating the retention and recall of a collection of documents to be indexed; an indexing module for developing character-by-character index of words; a plurality of records providing character-by-character addressing for said indexing module; a plurality of streams for recording locations where each indexed word occurs in said collection of documents; wherein said plurality of records further comprises: a first record providing an entry point into said index, said first record comprising a plurality of entries, each one of said entries being uniquely associated with a character out of a character set, each one of said collection of documents is formed by characters drawn from said character set; **a plurality of additional primary and secondary records, each one of said additional records provides a character-by-character pathway for locating an occurrence of a stem word in said collection of documents.** |  |

Source:
https://www.ibm.com/support/knowledgecenter/en/SSZLC2_7.0.0/com.ibm.commerce.developer.doc/concepts/csdsearchrelevancyscores.htm

**Analyst comment-** Evidence demonstrates that when 'red apples' are searched in the storefront, the results display 'red apple' (primary record) first as compared to 'Crispin apples' (secondary record), because it has a greater relevancy score than other results.

28